United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,                                   Civil No.

v.

Zachery Keeler, doing business as
Even Keel Exotics, LLC.

    Defendant.

---

## Index of Exhibits

---

| **Exhibit** | **Description** |
|---|---|
| A | March 2, 2021 Inspection Report |
| B | August 19, 2021 Inspection Report |
| C | August 26, 2021 Inspection Report |
| D | September 9, 2021 Inspection Report |
| E | November 30, 2021 Inspection Report |
| F | January 11, 2022 Inspection Report |
| G | February 17, 2022 Inspection Report |
| H | March 8, 2022 Inspection Report |
| I | March 23, 2022 Inspection Report |
| J | April 20, 2022 Inspection Report |
| K | May 3, 2022 Inspection Report |

| | |
|---|---|
| L | May 13, 2022 Inspection Report |
| M | August 9, 2022 Inspection Report |
| N | October 18, 2022 Inspection Report |
| O | December 6, 2022 Inspection Report |
| P | January 10, 2023 Inspection Report |
| Q | January 31, 2023 Inspection Report |
| R | March 14, 2023 Inspection Report |
| S | April 7, 2023 Inspection Report |
| T | May 18, 2023 Inspection Report |
| U | June 29, 2023 Routine Inspection Report |
| V | June 29, 2023 Focused Inspection Report |
| W | July 7, 2023 Inspection Report |
| X | July 18, 2023 Inspection Report |
| Y | July 18, 2023 Official Notice of 21 Day Suspension of License |